`

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ESTHER MAE MITCHELL,

    Plaintiff,

vs.                                      CASE NO. 5:05cv168-RS

UNITED STATES OF AMERICA,

    Defendant.

_____/

## ORDER

The court has considered the Report and Recommendation on §2241 Petition (Doc. 7) and Petitioner's Response to Report and Recommendation on §2241 Petition (Doc. 11). The court has reviewed *de novo* the issues raised by petitioner's response.

IT IS ORDERED:

1.    The Report and Recommendation is accepted and is adopted as the opinion of the court.

2.    Petitioner's §2241 petition is dismissed with prejudice.

ORDERED on December 30, 2005.

                                                  /S/ Richard Smoak
                                                  **RICHARD SMOAK**
                                                  **UNITED STATES DISTRICT JUDGE**